STOKES v. HOUGHTON. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by William E. D. Stokes against Frank R. Houghton. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 21.

---

STURZ v. FISCHER. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Frederick Sturz against Frederick S. Fischer. No opinion. Motion granted, with $10 costs. See 45 N. Y. Supp. 1009.

---

SWEENEY, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Margaret Sweeney against John O. R. Wilson, Maggie T. Wilson, his wife, and James T. Wilson. A. J. Rodenbeck, for appellants. B. Frank Dake, for respondent.

FOLLETT, J. The plaintiff acquired, under the will of her husband, no interest in the lot conveyed by George S. Riley to James Riley and John Riley by a deed dated June 18, 1855, and recorded in the office of the clerk of the county of Monroe in Book No. 127 of Deeds, at page 58. The question of her right to dower in the undivided part of the premises of which her husband died seised not having been considered in the court below, nor discussed on this appeal, and no committee having been appointed for John Riley, an insane defendant, who is the owner of three-eighteenths of the premises, the judgment should be reversed, and a new trial granted, with costs to the appellants to abide the final award. See opinion in Sweeney v. Wilson, 45 N. Y. Supp. 1117. All concur, except ADAMS, J., dissenting.

---

TASKER, Appellant, v. RYAN, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Benjamin M. Tasker against Thomas Ryan. No opinion. Judgment affirmed, with costs. See 40 N. Y. Supp. 942.

---

TAYLOR v. SYME. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by M. Temple Taylor against Frederick J. Syme. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 707.

---

THIRD NAT. BANK OF BUFFALO, Appellant, v. CUTLER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the Third National Bank of Buffalo against Obadiah W. Cutler, George R. Keep, as receiver, impleaded. No opinion. Order affirmed, with $10 costs and disbursements.

---

THOMPSON, Respondent, v. EELLS, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Ward B. Thompson against William H. Eells. No opinion. Judgment affirmed, with costs.

---

TONGE v. NEWELL. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Daniel R. Tonge against Michael Newell. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 44 N. Y. Supp. 906.

---

TRADERS' NAT. BANK, Respondent, v. WEINSTEIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by the Traders' National Bank against Victor Weinstein and Anna E. Weinstein. No opinion. Judgment affirmed, with costs.

---

TRADESMEN'S NAT. BANK OF NEW YORK v. TUCKER. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the Tradesmen's National Bank of New York against Robert A. Tucker. No opinion. Motion granted, with $10 costs.

---

TRAPAGNIER & BROS., Limited, v. ROSE. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by Trapagnier & Bros., Limited, against Arthur Rose. No opinion. Application granted. See 46 N. Y. Supp. 397.

---

TUCKER v. TRADESMEN'S NAT. BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Robert A. Tucker against the Tradesmen's National Bank of New York. No opinion. Motion granted, with $10 costs.

---

In re UTICA NAT. BREWING CO. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) In the matter of the Utica National Brewing Company, a dissolved corporation. No opinion. Order affirmed, with costs. All concur, except HARDIN, P. J., not voting.

---

VAN INGEN v. HILTON. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Edward H. Van Ingen against Henry G. Hilton. No opinion. Motion granted, with $10 costs. See 36 N. Y. Supp. 752.

---

VAN URFF, Respondent, v. CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. July 7, 1897.) Action by Charles A. Van Urff against the city of Brooklyn. No opinion. Judgment and order unanimously affirmed, with costs.

---

WALKER v. GODWIN. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by William A. Walker against Parke Godwin. No opinion. Motion granted, with $10 costs.